**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Deutsche Bank National Trust Company, as
Trustee for HarborView Mortgage Loan Trust 2004-11 Mortgage
Loan Pass-Through Certificates, Series 2004-11

|  |  |
|---|---|
| | Case No: <u>24-19181 CMG</u> |
| | Chapter: <u>13</u> |
| | Judge: <u>Christine M. Gravelle</u> |

In Re:

Alicia Bulluck-Kinsler

Latish Kinsler

                                    Debtor(s).

## NOTICE OF APPEARANCE

         Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an
appearance in this case on behalf of Deutsche Bank National Trust Company, as Trustee for HarborView
Mortgage Loan Trust 2004-11 Mortgage Loan Pass-Through Certificates, Series 2004-11.  Request is
made that the documents filed in this case and identified below be served on the undersigned at this
address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 12/02/2024

/s/ *Denise Carlon*
Denise Carlon
02 Dec 2024, 16:48:50, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*