Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−19181−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Latish Kinsler                                Alicia Bulluck−Kinsler
   5 Nevius Place                              5 Nevius Place
   Somerset, NJ 08853                  Somerset, NJ 08853

Social Security No.:
   xxx−xx−3295                                 xxx−xx−6042

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on December 4, 2024.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 4, 2024
JAN: rms

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19181-CMG |
| Latish Kinsler | Chapter 13 |
| Alicia Bulluck-Kinsler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 04, 2024 | Form ID: 148 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Latish Kinsler, Alicia Bulluck-Kinsler, 5 Nevius Place, Somerset, NJ 08873-7360 |
| cr | + | Real Time Resolutions, Inc., as agent for RRA CP O, Greenspoon Marder LLP, c/o Jessica Ann Berry, Esq., 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309 UNITED STATES 33309-2195 |
| 520394497 | | Capital One, PO Box 31293, Dallas TX 75372 |
| 520394502 | + | ComenityCapitalSaksCC, PO Box 182120, Columbus OH 43218-2120 |
| 520394503 | | Deutsche Bank National Trust Company, co KML Law Group PC, 701 Market St Ste 5000, Philadelphia PA 191061541 |
| 520394508 | | Nationstar Mortgage, PO Box 199111, Dallas TX 75219 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 04 2024 20:54:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520394496 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 04 2024 20:53:00 | Apple CardGS Bank USA, Lockbox 6112 PO Box 7247, Philadelphia PA 19170-0001 |
| 520466232 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2024 20:57:28 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520394498 | + | EDI: CAPITALONE.COM | Dec 05 2024 01:36:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City UT 84131-0293 |
| 520431644 | + | EDI: AIS.COM | Dec 05 2024 01:36:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520394500 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 04 2024 20:54:00 | Chrysler Capital, PO Box 961275, Fort Worth TX 76161-0275 |
| 520394501 | | EDI: WFNNB.COM | Dec 05 2024 01:36:00 | ComenityBankVictoriasSecret, PO Box 182789, Columbus OH 432182789 |
| 520470371 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 04 2024 20:52:00 | Deutsche Bank National Trust Company, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520454656 | | EDI: JEFFERSONCAP.COM | Dec 05 2024 01:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520394504 | | Email/Text: mail@jjenkinslawgroup.com | Dec 04 2024 20:53:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520394505 | | EDI: JPMORGANCHASE | Dec 05 2024 01:36:00 | JPMCB Card Services, PO Box 15369, |

Case 24-19181-CMG    Doc 30    Filed 12/06/24    Entered 12/07/24 00:18:05    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2024 | Form ID: 148 | Total Noticed: 39 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Wilmington DE 19850 |
| 520433232 | + | Email/Text: RASEBN@raslg.com | Dec 04 2024 20:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520405226 | + | Email/Text: ecfbnc@aldridgepite.com | Dec 04 2024 20:53:00 | Jenelle C. Arnold, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520394506 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 04 2024 20:52:00 | KohlsCapital One, PO Box 3115, Milwaukee WI 53201-3115 |
| 520462425 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2024 20:58:09 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520394507 | | Email/Text: EBN@Mohela.com | Dec 04 2024 20:52:00 | Missouri Higher Education Loan, 633 Spirit Dr, Chesterfield MO 630051243 |
| 520459640 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2024 20:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520419893 | + | EDI: AGFINANCE.COM | Dec 05 2024 01:36:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520460437 | | EDI: PRA.COM | Dec 05 2024 01:36:00 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 520461496 | | EDI: Q3G.COM | Dec 05 2024 01:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520456382 | | Email/Text: bkdepartment@rtresolutions.com | Dec 04 2024 20:54:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 520427347 | | Email/Text: bankruptcy@springoakscapital.com | Dec 04 2024 20:52:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 520419172 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 04 2024 20:54:00 | Santander Consumer USA, Inc., an Illinois corporation, d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520394509 | + | EDI: SYNC | Dec 05 2024 01:36:00 | SyncBAmazon PLCC, PO Box 71737, Philadelphia PA 19176-1737 |
| 520394511 | | EDI: SYNC | Dec 05 2024 01:36:00 | SyncBPAYPALEXTRASMC, PO Box 71727, Philadelphia PA 191761727 |
| 520394510 | + | EDI: SYNC | Dec 05 2024 01:36:00 | SyncBPaypal, PO Box 71727, Philadelphia PA 19176-1727 |
| 520394512 | + | EDI: SYNC | Dec 05 2024 01:36:00 | SyncBTJX CO DC, PO Box 71737, Philadelphia PA 19176-1737 |
| 520468786 | + | EDI: AIS.COM | Dec 05 2024 01:36:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520467016 | | Email/Text: bankruptcy@mtabt.org | Dec 04 2024 20:53:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520394513 | + | Email/Text: bankruptcies@uplift.com | Dec 04 2024 20:52:00 | Uplift Inc, 440 N Wolfe Rd, Sunnyvale CA 94085 |
| 520458236 | + | EDI: AIS.COM | Dec 05 2024 01:36:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Dec 04, 2024 | Form ID: 148 | Total Noticed: 39

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520394499 | *+ | Capital One Bank USA NA, PO Box 31293, Salt Lake City UT 84131-0293 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust 2004-11 Mortgage Loan Pass-Through Certificates, Series 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Latish Kinsler mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Alicia Bulluck-Kinsler mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jessica Ann Berry | on behalf of Creditor Real Time Resolutions Inc., as agent for RRA CP Opportunity Trust 1 bankruptcy@gmlaw.com |
| Roger Fay | on behalf of Creditor Deutsche Bank National Trust Company as Trustee rfay@alaw.net, bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8