| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |
| |
| Albert Russo |
| PO Box 4853 |
| Trenton, NJ   08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

**Order Filed on December 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Latish Kinsler
Alicia Bullock-Kinsler

                    Debtor(s)

Case No.: 24-19181 / CMG

Chapter: 13

Hearing Date: 12/04/2024

Judge:  Christine M. Gravelle

## CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: December 4, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

*rev. 5/8/17*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtors' case is dismissed for:

- failure to provide required documents to the Trustee prior to the 341(a) meeting, resulting meeting not being held

- failure to make all required pre-confirmation payments to the Trustee

- lack of prosecution

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtors' plan shall be disbursed to the debtors, less any applicable trustee fees and commissions, or any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/17*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 24-19181-CMG

Latish Kinsler                                                                          Chapter 13

Alicia Bulluck-Kinsler

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                         Page 1 of 2

Date Rcvd: Dec 04, 2024               Form ID: pdf903                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**             **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**

**Recip ID**                     **Recipient Name and Address**
db/jdb                       + Latish Kinsler, Alicia Bulluck-Kinsler, 5 Nevius Place, Somerset, NJ 08873-7360

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2024                       Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:**

**Name**                             **Email Address**

Albert Russo
                                  docs@russotrustee.com

Denise E. Carlon
                                  on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for HarborView Mortgage Loan Trust 2004-11
                                  Mortgage Loan Pass-Through Certificates, Series 2004-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeffrey E. Jenkins
                                  on behalf of Debtor Latish Kinsler mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net

Jeffrey E. Jenkins
                                  on behalf of Joint Debtor Alicia Bulluck-Kinsler mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net

Jessica Ann Berry
                                  on behalf of Creditor Real Time Resolutions  Inc., as agent for RRA CP Opportunity Trust 1 bankruptcy@gmlaw.com

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Dec 04, 2024                       Form ID: pdf903                          Total Noticed: 1

Roger Fay
                    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com
                    mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 8